IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| RYAN ANWAY, | ) |
| Petitioner, | ) |
| v. | ) Case No. CIV-09-325-R |
| PAUL A. KASTNER, Warden, | ) |
| Respondent. | ) |

**REPORT AND RECOMMENDATION**

Mr. Ryan Anway has filed a petition for habeas relief. Rather than pay the filing fee, Mr. Anway moved for leave to proceed *in forma pauperis*. The motion indicates that Mr. Anway has $77.58, and the filing fee is only $5.00.[1] Because Mr. Anway has adequate funds for the filing fee, the undersigned recommends that the Court: (1) deny the motion for leave to proceed *in forma pauperis*, (2) order payment of the filing fee within twenty days,[2] and (3) dismiss the action without prejudice if Mr. Anway fails to timely pay the filing fee or show good cause for the failure to do so. *See* W.D. LCvR 3.3(e).

The Petitioner is advised of his right to object to this report and recommendation by April 16, 2009. *See* W.D. Okla. Local Civil Rule 72.1. If the Petitioner does object, he must file a written objection with the Court Clerk for the United States District Court, Western District of Oklahoma. The Petitioner is further advised that if he does not timely object, he

---

[1]   *See* 28 U.S.C. § 1914(a) (2000).

[2]   *See* W.D. Okla. LCvR 3.3(e).

would waive his right to appellate review over a denial of pauper status in the district court. *See Moore v. United States*, 950 F.2d 656, 659 (10th Cir. 1991).

      This report and recommendation terminates the referral.

      Entered this 27th day of March, 2009.

_Robert E. Bacharach_
Robert E. Bacharach
United States Magistrate Judge