**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA**

| | |
|---|---|
| **RYAN ANWAY,** | ) |
| | ) |
| **Petitioner,** | ) |
| | ) |
| v. | ) Case No. CIV-09-325-R |
| | ) |
| **PAUL A. KASTNER, Warden,** | ) |
| | ) |
| **Respondent.** | ) |

## ORDER

Before the Court is the Report and Recommendation of United States Magistrate Judge Robert E. Bacharach entered July 30, 2009. Doc. No. 18. No objection to the Report and Recommendation has been filed nor has an extension of time in which to object been sought or granted. Therefore, the Report and Recommendation, in which the Court concurs, is ADOPTED in its entirety and Respondent's motion to dismiss the petition is GRANTED.

IT IS SO ORDERED this 25th day of August, 2009.

_David L. Russell_
DAVID L. RUSSELL
UNITED STATES DISTRICT JUDGE